# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

_____ Division

FILED

AUG **2 1** 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

|  |  |  |
|---|---|---|
| **BriAN GALE** | ) | Case No. |
| *Plaintiff(s)* | ) | **5:23-CT-3237-BO** |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | *(to be filled in by the Clerk's Office)* |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| **C. GOMEZ (Regional Director)** | ) | |
| **Lyn B. Kelly (WARDEN)** | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 5:23-ct-03237-FL     Document 1     Filed 08/21/23     Page 1 of 13

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Brian GALE

All other names by which
you have been known:

ID Number    # 91098-083

Current Institution    Butner FCI Z (SHU)

Address    Federal Correctional Institution II

Butner    N.C    27509

        *City*        *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*    Lyn B. KELLY

Shield Number    WARDEN

Employer

Address    Federal Bureau of Prisons

Butner    NC    27509

        *City*        *State*      *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    C. Gomez

Job or Title *(if known)*    Regional Director

Shield Number

Employer    Federal Bureau of Prisons

Address    Mid Atlantic regional office 302 Sentinel Dr suite 200

Annoplis Junction    MD    20701

        *City*        *State*      *Zip Code*

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 8Th Amendment "cruel and unusal Punishment"

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The 8Th Amendment "To Be Free from" cruel and unusal Punishment,

Case 5:23-ct-03237-FL    Document 1    Filed 08/21/23    Page 3 of 13

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On May 16th 2023 I enter the Special Housing unit, (SHU) I was placed in cell F-247 upon entry I became Aware of Black Mold, Throughout the cell. I Notified my (shu) Lt Reynolds who acknowlge it, And said "their working on it" after a day or two I began having trouble draw suffrent Air Into my Lung's I was coughing profusely. See Attached.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose. On May 16th 2023, I was placed in The Special Housing unit (SHU) at Butner FCI #2. I was Processed in AND Placed in F-247 Where I Immediately Observed Black Mold on Many of the surfaces, walls, around the Bed And toilet Area. I Informed my Housing unit Officer, who stated it

Section D, Continued.

I thus wrote a sensitive BP9 to Warden LB Kelly, informing her both in written form and verbally about the severity of the mold and the effect it is having on my lungs as I'm still recovering from covid, I sent this to her, by way of my counslor mr Besaw on 5-31-20203 when June 27th while on the yard I ask ms Kelly about my BP9 she claims she never saw it several whils later again I'm stressing to her my need for relief and my health, is at risk she said "I will look into it" so I sent a sensitive BP10 to mr C Gomez Regional Director, and Warden Kelly's direct Boss, who as it happens April 16th — 20th he toured the Butner complex and was — Also made fully aware of the roach and toxic conditions, my BP10 was returned saying it was not sensitive but they would return it on record, And gave Warden Kelly and additional two weeks (45 days) to Answer my BP9. to date she has not responded so I went to the BP10 and still have not received any Answer and daily I suffer in these inhumane condition and Both C. Gomez and Warden Kelly have an obligation to make sure the care, custody and control is being met. They have Both been duly notified, And have done absolutly nothing to address my serious dire need for relief.

B. IV.    Statement of claim

B. IF The Events rise to your claim arose in an institution, describe where and when they arose. (contined Fm 4 of 11)

Is in All the Cells, After returning From 1 hr recreation, I had my (SHU) Lt REYNOLDS come in to my Cell to observe, the Hazardous Condition. He acknowledge my concern. I then on May 31st wrote a BP9 "Sensitive (Denoting Emergency) to Warden LYN B Kelly. My grave concern is that having suffered a severe bout of Covid in 2021, my lungs could not sustain the harmful effects of the Mold, I was and continue to have trouble inhaling deeply, severe coughing and headaches. Spoke to ms kelly during her weekly round's June 25th she claims she never received It, even though the (SHU) counslor mr. BESAW says he turned It in to her office Personally. at the bejining of July I Asked her again she wrote my name down and again said she would look For It. Prior to my Entering the (SHU) in April C. Gomez, Regional Director made a Tour of this DAMAged Facility and has been made Fully aware by All the Wardens (5 in total) about the Severity of the mold, Leakage in the roofs and Power outtages, And I sent him an 8 page letter, Begging For his help in this matter as my Life continue's to be Endangred. LB Kelly has not to date responded to my "Sensitive" BP9 Though they sent the safety enviromental specialist A. MUSCLE to my Cell, He Brought a spray bottle and describe It's Properties, I sprayed the cell went to rec returned and was moved to Another MOLD Infested cell. They call this Policy to move. So LB kelly has known about this Grave Enviromental condition For two 1/2 Year's as Is her Direct Boss C. Gomez (Director) This is the Very definition of the 8th Amendment to be Free From "Cruel and Unusal Punishment" I have informed both Parties repeatedly and to No Avail. And Funds have been Issued "Appropriated" to remedy this Health Hazard and still, nothing, while I continue to have my 61 year old body ravaged by this rabid Fungus!

C.  What date and approximate time did the events giving rise to your claim(s) occur?

MAY 16Th 2023, Time 2:30 pm.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WAS placed in cell F-247 in The (SHU) Black MOLD, WAS Prevalent everywhere, I'm still experiencing headaches, Breathing difficulties I and my cell partner mr. Domirque samuel # 84903-509, who since been transfered I Notified Medical several times had an EKG Performed, And my vital check many times Nothing they can Prescribe. I File a tort claim on 5-31-2023. regional counsel claims I didn't Provide evidence nothing on the Tort Form allows for such exhibits In other words Im being Ignored. The Director mr Gomez wrote my Power of Attorney M. Wilson. saying an Inspection revealed no MOLD. only there was no Inspection and I was never consulted or contacted.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I've suffered labored (severe) breathing issue's I had an EKG Performed, given Pain Medicine for my strong powerful Headaches Dizziness. I Put in sick slips and have to wait Wks to be seen. Im constantly light headed and can't maintain my balance. And I cough harshly until my Throat is RAW!

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'm Seeking 2.5 million Punitive Damages reason; my life, ; Health is under daily bombardment from the unseen effect of this Toxic MOLD. Further they BOP/Butner has been Well aware and informed about the Severity of this Black Toxic MOLD for Well over 2 1/2 year's and done nothing about it. Im Also Seeking the sum of 1.5 million compensatory Damages. Reason; I'm experiencing mental Anguish and Fear of dying on a daily basis. This is mental cruelty and Inhumane,

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Butner FCI 2 "Special Housing Unit" F-Wing began in cell 247

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Case 5:23-ct-03237-FL    Document 1    Filed 08/21/23    Page 8 of 13

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I Filed 1st A Sensitive BP 9 Directly to Warden Kea Kelly, she had 30 days to respond, she did not, I wrote a BP 10 to regional Director Gomez, they gave warden kelly two more wk's to respond by 7/25/2023. Again she did not I filed again to regional There time is exhausted. I cant File BP 11 until regional responds, However I have the Document (Tort claim) telling me to File In District court!

2. What did you claim in your grievance? That Im being subject to Black Toxic Mold. Im experiencing, Headache, Coughing Severaly, And my Breathing is Labored. My cell is rife with this mold and my heath & Life is at risk. Im in your care, custody and control. And this amounts to no less then "cruel and Unusal Punishment,

3. What was the result, if any? LB Kelly Never Answered me Verbally or my BP 9 Even after, Regional Office/Dir Gomez gave her and extension of time. Nor did Director Gomez respond to me, But to my POA M. Wilson where he is claiming no mold at this Facility. I Directly refute that and there is ample proof to that effect Im living and Breathing it Daily.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) I began with a "Sensitive" BP 9 which went Directly to the Warden, she was made aware of it By my Counslor who turned it In to her Personal Secertery. I told her on 3 seperate occassion, And Then when she still refused to Answer, I wrote her Boss Dir Gomez, And sent a BP 10 as well Both to regional, they wrote back saying LBkelly had till the 25th of July to respond to me. And that Time came and gone, So I sent another BP10 several wki ago and to date no Answer, I cant proceed to the Final stage until regional responds because central office will only send back my BP11. I have the determination of the Tort that telli me explicitly to File In District court within 6 months. And Im still holding out that one Branch will respond though mold is clearly Present and Prevalent

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I've made "Good Faith Efforts" in Filing timely grievances. And conveying my Grave concerns about my life & Health. I Am not able to make them respond to me, if in fact they are Wantonly Avoiding the subject or the Answers that will lend Credence to my Claim. Enclosed is the (one of) the BP/0's I Sent to regional Still Awaiting An Answer so I can go to BP11. But like the BP9 I may not receive it.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) BRIAN GALE
   Defendant(s) T. J WATSON

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Federal District Court 7th Circuit (INDIANA)

3. Docket or index number
   2:22-cv-000575-JPH-JDM

4. Name of Judge assigned to your case
   Patrick James Hanlon

5. Approximate date of filing lawsuit
   June 3 2021

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. MAY 2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was Ruled "Moot" dismissed w/ Prejudice (Due to Transfer)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.   Docket or index number

_____ N/A _____

4.   Name of Judge assigned to your case

_____ N/A _____

5.   Approximate date of filing lawsuit

_____ N/A _____

6.   Is the case still pending?

☐ Yes      N/A

☐ No

If no, give the approximate date of disposition _____ N/A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _8/14/2023_

Signature of Plaintiff   _(signature)_

Printed Name of Plaintiff   _Brian GALE_

Prison Identification #   _# 91098-083_

Prison Address   _P. O. Box 1560   FCI #2_

_Butner_                          _N.C   27509_

|       City       |   State   | Zip Code |

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

|       City       |   State   | Zip Code |

Telephone Number   _____

E-mail Address   _____