

**United States District Court**
Eastern District of North Carolina
Western Division

**Case No. 5:23-CT-3237-BO**

BRIAN GALE

Inmate Number #91098-083

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

LYN B. KELLY
WARDEN

C. GOMEZ
Regional Director

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:23-ct-03237-FL   Document 12   Filed 01/02/24   Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

BRIAN GALE
_____
Name

#  91098-083
_____
Prisoner ID #

Federal Correctional Institution II
_____
Place of Detention

P.O. Box 1500 Butner NC
_____
Institutional Address

Butner                    NC              27509
_____
City                      State           Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _LYn B KELLY_

Name

_WARDEN ButNer FCI II_

Current Job Title

_P. O. Box 1500 FCI II_

Current Work Address

_Butner_      _NC_      _27509_

City      State      Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2: _C. GOMEZ_

Name

_Regional Director_

Current Job Title

_302 Sentinel Drive suite #200_

Current Work Address

_AnnaPolis Junction MD 20701_

City      State      Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

## Defendant(s) Continued

Defendant 3: _____ N/A _____

Name

_____ N/A _____

Current Job Title

_____ N/A _____

Current Work Address

_____ N/A _____

City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____ N/A _____

Name

_____ N/A _____

Current Job Title

_____ N/A _____

Current Work Address

_____ N/A _____

City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: SPECIAl Housing unit (sHU)

Date(s) of occurrence: MAY 16th 2023

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment "Cruel and unusal Punishment"

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

On MAY 16th 2023, I Entered The (sHU) cell 247 F-Range I Immediately began have trouble breathing, I discovered BLAck ToXic MOLD on all the Walls around my Bed and Shower area, I Wrote a BP9 sent It to WArden Kelly Informing her of these Conditions and my Physical reaction having had Covid in october q 22 my Lungs had not yet recovered, AFter repeatedly both Face to Face and written Talk to WArden kelly nothing was done, I then Wrote a letter and a BP10 to her Boss Regional Director Gomez, He acknowledge my Complaint and Gave Warden kelly, to more week to Answer my BP q Grievane, which she did not after the time allocted By their Policy statment, I Went back to Dir Gomez, He sent me a notice stating he was looking into It, NOW after 7 months he still says he needs more time, I Wrote to His and ms kelly Boss Central office, They are the last line in the Grievane cycle BP q, Warden, BP 10 Regional, BP 11 Central office They sent me material Stating Both the Warden and Regional responded, I never received kelly's and, Regional needed More Time then allotted.

[Who did what to you?]

**What happened to you?**

I have Been suffering with migrane Headacle's Constricted Breathing, Constantly Itching and Scratching. And Experience dizziness sparodically Throughout the day. I've gone to medical all the Prescribe is IBProphen and what OTC I can get from commissery, Im suffering this daily Existence in a Enviroment that has been in this condition over 3 years. And Warden Kelly and Regional Director C. Comez have known about this MOLD situation the whole time and done nothing in the 7 months I'm Been Filing and complaining.

**When did it happen to you?**

It Began the 1st day in the (SHU) MAY 16th 2023 and has been ongoing and contineous, And my Filing and Pleas have Fallen on deaf Ears. To date I have Fully Notified ALL Parties at Nausea Both L B Kelly and C. Comez

**Where did it happen to you?**

IN Butner Special Housing Unit (SHU) Starting in cell F-247. Knowing they MNc (cell Rotation) every 14 days. so F-248-237-238 240-241-242-243 and now curently In cell F-244 there is mold and they are Just "quick Paint (Dry) over it

**What was your injury?**

I had to have two EKG Performed, Because of my Breathing (Shortness of breath) — A Chest X-Ray, to make sure there was no Blockage or other reason for the the chest pain, Headaches, dizziness, itching, I suffer from Anxiety attacks, Mood disorder, And INSOMNIA and this Black Toxic mold has Made all These other Issues I'm currently on Medication For That Much more Pronounced and Worst.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes   ☐ No

If no, explain why not:

Is the grievance process completed?   ☐ Yes   ☑ No

If no, explain why not:

I have Filed to All 3 Grievance levels, Central office is the last step, They have All the information and I've sent every answer they gave to the court, the (Pink copies) They have OVER the Time, By Policy 40 day's and 20 day's extension And I have not received, the reply after 90 days, the court's have ruled on this issue of exhaustion, I HAVE DONE MY PART.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I Want the court to Grant me relief, as I've endured the Cruel and Unusal Punishment, of Living and Breathing Toxic Black MOLD, for close to 8 months. I Want the court to Asses Punishment at 2.5 million Punitive, And Compensatory at 1.5 million, To Illustrate the serious, Nature, And Mental harm This has Cause Plaintiff.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious; or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   _One_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

BRIAN GALE V TJ WATSON (Warden)
5:22-000575-JPH-MDJ
The case was on Policy, in Particular (Visiting RM)
Congress wrote Prison Policy. Know one can visit unless having known that person prior to incarceration. However if they don't pose a threat to the orderly operation of the institution let them in. My visitor was Catholic and Caucasian I'm African American, I was at ——
Terre Huote Indiana, And it was and issue of Bias.
I was transferred after 2 1/2 year legal battle and the Judge Patrick James Hanlon, Ruled the case "Moot"
I was no longer being adversely effected. When I got to butner the same thing but by then the case was, ——
Dismissed (Moot).

Case 5:23-ct-03237-FL    Document 12    Filed 01/02/24    Page 9 of 10

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/26/2023

Dated

Plaintiff's Signature

BRIAN GALE

Printed Name

# 91098-083

Prison Identification #

P.O. Box 1500 Raleigh          NC  27509

Prison Address          City          State     Zip Code